**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ELIZABETH ROMAN,

       Plaintiff,

v.                                  Civ. No. 16-1242 JCH/GBW

NANCY BERRYHILL, Acting
Commissioner of the Social
Security Administration,

       Defendant.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND**
**RECOMMENDED DISPOSITION**

On November 13, 2016, Plaintiff filed a Complaint against the Commissioner seeking review of the Social Security Administration's decision to deny Plaintiff benefits. *Doc. 1.* On May 24, 2017, Plaintiff filed a Motion to Remand to Agency. *Doc. 19.* That motion was fully briefed by August 18, 2017. *See docs. 19, 20, 21.* On October 18, 2017, the Magistrate Judge filed his Proposed Findings and Recommended Disposition (PFRD), in which he recommended granting Plaintiff's Motion and remanding this action to the Social Security Administration for further proceedings. *Doc. 29.* Neither party has filed objections to the PFRD, and, upon review of the record, the Court concurs with the Magistrate Judge's findings and recommendations.

Wherefore, IT IS HEREBY ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition (*doc. 29*), is ADOPTED. Plaintiff's motion is

GRANTED and this case is REMANDED to the Social Security Administration for

further proceedings.

_____
JUDITH C. HERRERA
United States District Judge